JUDGE BRIEANT

'08 CIV 4864

Colleen Martin (CM6242)
d'ARCAMBAL, LEVINE & OUSLEY, LLP
40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
METROPOLITAN LIFE INSURANCE
COMPANY,                                                       :     Civil Action No.
                                                               :
                          Plaintiff,                           :
                                                               :
            -against-                                          :     **RULE 7.1 STATEMENT**
                                                               :
DONNA BELIN,                                                   :
                                                               :
                          Defendant.                           :
------------------------------------------------------------X

TO:   THE HONORABLE JUDGES OF THE UNITED STATES
      DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Pursuant to Rule 7.1 (formerly Local General Rule 1.9) of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Metropolitan Life Insurance Company ("MetLife") (all private, non-governmental parties) certifies that the entities set forth on the attached Exhibit "A" are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:  May 9, 2008
       New York, New York

Respectfully submitted,

**d'ARCAMBAL, LEVINE & OUSLEY, LLP**

By: _____
      Colleen Martin (CM6242)

40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

Attorneys for Plaintiff
Metropolitan Life Insurance Company

2

**EXHIBIT A**

Metropolitan Life Insurance Company is a wholly owned subsidiary of MetLife, Inc., which is publicly traded.