DC

Seibel, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
METROPOLITAN LIFE INSURANCE
COMPANY,

                  Plaintiff,

      -against-                                    **DEFAULT JUDGMENT**
                                                    08 Civ. 4864 (CS)

DONNA M. BELIN,

                  Defendant.
------------------------------------------------------------X

RECEIVED AUG 28 2008 JUDGMENT CLERK'S OFFICE

      The action having been commenced on May 27, 2008 be the filing of the Summons and complaint, and a copy of the Summons and Complaint having been served on the defendant, Donna M. Belin, on June 18, 2008 by affixing a true copy of each to the door of 696 Highland Avenue, Apartment 11B, Peekskill, New York 10566 after three attempts were made to personally serve defendant at the premises, and proof of service having been filed on June 23, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED and DECREED: That plaintiff have judgment against defendant in the liquidated amount of $84,134.65 with interest at 2.18% from March 7, 2005 amounting to $4,545.69 plus costs and disbursements of this action in the amount of $525.00 amounting in all to $ 89,205.34.

Dated: ~~New York~~, New York
       White Plains
       9/2/11

                                                      Cathy Seibel
                                                      U.S.D.J.

                                                      This document was entered on the docket
                                                      on _____ _____.